UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY W. STEWART,<br><br>        Petitioner,<br><br>   v.<br><br>J. MACOMBER,<br><br>        Respondent. | 1:22-cv-01121-EPG (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED *IN FORMA PAUERIS* AS MOOT<br><br>(ECF No. 6) |

Petitioner Gregory W. Stewart is proceeding *pro se* in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 6, 2022, petitioner filed an application to proceed *in forma pauperis*. Due to the fact that Petitioner was authorized to proceed *in forma pauperis* on September 6, 2022, IT IS HEREBY ORDERED THAT Petitioner's application to proceed *in forma pauperis* is DISREGARDED as moot.

IT IS SO ORDERED.

    Dated:   **September 8, 2022**          /s/ Erica P. Grosjean

                                                                              UNITED STATES MAGISTRATE JUDGE